FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 09, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAIMES TIN AUNG,<br><br>Defendant. | No. 2:24-CR-00106-TOR-2<br><br>ORDER FOLLOWING INITIAL APPEARANCE AND ARRAIGNMENT ON INDICTMENT AND DETENTION HEARING AND CONTINUING DETENTION HEARING<br><br>**USMS ACTION REQUIRED** |

On August 9, 2024, the Court held a hearing for Defendant JAIMES TIN AUNG's initial appearance and arraignment based on an Indictment and a detention hearing. Defendant appeared in custody represented by court-appointed counsel Zachary Ayers. Assistant U.S. Attorney Rebecca Perez represented the United States. U.S. Probation Officer Patrick J. Dennis was also present.

Defendant was advised of and acknowledged his rights. The Court entered a plea of not guilty to the Indictment on Defendant's behalf. A member of the Criminal Justice Act Panel was previously appointed to represent Defendant (ECF No. 35) and that appointment was affirmed.

The United States is seeking Defendant's detention. **ECF No. 37**. Defendant requested a detention hearing be held on this date and the Court

ORDER - 1

commenced a detention hearing.  After initial proffers and argument from the parties, Defendant requested a continuance of the detention hearing.

**IT IS ORDERED:**

1. The **detention hearing is continued to August 14, 2024, at 9:30 a.m.**, before the undersigned.

2. Defendant shall remain in custody pending the hearing and shall be afforded reasonable opportunity for private consultation with counsel.

3. Defendant shall have no contact whatsoever, direct or indirect, with any persons Defendant knows or reasonably should know are or may become a victim or potential witness in the subject investigation or prosecution. Prohibited forms of contact include, but are not limited to, telephone, mail, email, text, video, social media, and/or any contact through any third person or parties. Pretrial Services may but is not required to exempt specific named individuals from this prohibition, including but not limited to immediate family members or co-workers.

4. If necessary, the United States Probation/Pretrial Services Office is authorized to prepare a post-bail report and shall notify defense counsel prior to interviewing Defendant.  If Defendant does not wish to be interviewed, that Office shall prepare said report using any information it deems relevant to the issue of detention.

5. The Court directs the parties to review the Local Criminal Rules: https://www.waed.uscourts.gov/court-info/local-rules-and-orders/general-orders

6. Pursuant to F. R. Crim. P. 5(f) and LCrR 16(a)(6), at arraignment or within 14 days thereafter, the Government is required to disclose evidence favorable to the defendant and material to the defendant's guilt or punishment to which defendant is entitled pursuant to *Brady v. Maryland,* 373 U.S. 83 (1963) and its progeny.  This is a continuing duty for newly discovered evidence.  LCrR 16(c). Pursuant to F. R. Crim. P. 16(d)(2), failure to comply may result in an order

ORDER - 2

permitting the discovery or inspection; granting a continuance; or any other order that is just under the circumstances (including sanctions, dismissal, exclusion of evidence or witnesses).

**IT IS SO ORDERED.**

DATED August 9, 2024.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 3